UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MICHAEL J. SNELLING, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CV621-065 |
| STATE OF GEORGIA, GEORGIA DEPARTMENT OF CORRECTION, and JOHN or JANE DOE, | ) ) ) ) ) |
| Defendants. | ) |

ORDER

After a careful de novo review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 18th day of February, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA